IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTY KAHLE, | ) | 8:04CV262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| 24 HOUR FITNESS USA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' jointly executed Stipulation for Dismissal with Prejudice (Filing No. 49). Being fully advised, the court finds the parties' stipulation to dismiss this case with prejudice should be granted.

**IT IS THEREFORE ORDERED** that this case, in its entirety, is dismissed with prejudice to the bringing of a new action, and the parties shall pay their own attorney's fees and costs.

DATED this 31st day of May, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)